THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL BRUESCH, Appellant.

(Argued January 9, 1905; decided January 17, 1905.)

MOTION to dismiss an appeal from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered May 20, 1904, upon a verdict convicting the defendant of the crime of murder in the first degree; also application by defendant that counsel be assigned to appear for him in the Court of Appeals.

The motion was made upon the ground of a failure to prosecute the appeal.

*William Travers Jerome, District Attorney (Robert S. Johnstone* of counsel), for motion.

Prayer of appellant that Meyer Levy be designated as his counsel, to appear for him in this court, granted. Motion to dismiss appeal denied, appeal to be perfected in sixty days; in default thereof the district attorney is at liberty to renew this motion.

In the Matter of the Accounting of JULIA LEVY et al., as Executors of PHILIP LEVY, Deceased.

ESTELLE LEVY, Appellant; ROSETTA CORN, Respondent.

(Submitted January 9, 1905; decided January 17, 1905.)

Motion for reargument denied, with ten dollars costs. (See 179 N. Y. 603.)